IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONDELĒZ INTERNATIONAL HOLDINGS LLC

            *Plaintiff*,

v.

PANJABI FLORIDA INC. d/b/a WORLD INDUSTRIES,

            *Defendant*.

No. _____

## COMPLAINT

Plaintiff Mondelēz International Holdings LLC ("MDLZ"), for its complaint against defendant Panjabi Florida, Inc. d/b/a World Industries ("Defendant"), alleges as follows:

### NATURE OF THE ACTION

1. This is an action for breach of contract and recovery of the price of accepted goods under Section 2-709 of Delaware's Uniform Commercial Code, 6 Del. Code § 2-709.

2. MDLZ, the plaintiff, is a seller and manufacturer of many popular snack products enjoyed by people around the world such as Oreo cookies, Ritz crackers, and Trident gum.

3. MDLZ and Defendant are parties to a Distribution Agreement, dated January 18, 2017 (the "Distribution Agreement"), in which MDLZ agreed to sell various types of snack products to Defendant for distribution and resale in the countries of Suriname and Guyana, South America. The Distribution Agreement is attached as Exhibit A.

4. Since December 2021, MDLZ has sold, and Defendant has accepted, over $830,000 worth of snack products, but Defendant has refused to pay MDLZ for these products despite

demand by MDLZ.

5.  MDLZ brings this action to recover the amounts due and owing for the products it has sold to Defendant.

## THE PARTIES

6.  MDLZ is a Delaware limited liability company.  Its only member is Mondelēz Global LLC—a Delaware limited liability company with its principal place of business at 905 West Fulton Market, in Chicago, Illinois 60607.

7.  Defendant is a Florida corporation with its principal place of business at 2121 Ponce De Leon Blvd, in Coral Gables, Florida 33134.

## JURISDICTION AND VENUE

8.  This Court has personal jurisdiction over Defendant pursuant to Section 20(a) of the Distribution Agreement.

9.  Venue is proper in this Court pursuant to Section 20(a) of the Distribution Agreement.

10. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because MDLZ and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00.

## FACTUAL ALLEGATIONS

11. MDLZ and Defendant entered into a non-exclusive Distribution Agreement in which MDLZ agreed to sell to Defendant, and Defendant agreed to purchase from MDLZ, certain snack products manufactured by MDLZ.  *See* Exhibit A.

12. From time to time, MDLZ and Defendant agreed to renew the Distribution Agreement, such that it was operative between December 2021 and May 2022.

13. Under the Distribution Agreement, payment for Defendant's purchase of the snack products was due according to the credit terms MDLZ approved for Defendant, which information

was reflected on the invoices MDLZ sent to Defendant.

14.     Between December 2021 and March 2022, in accordance with the terms of the Distribution Agreement, MDLZ delivered several shipments of snack products to Defendant at Defendant's request (the "Delivered Products").

15.     Payment for the Delivered Products was due within thirty days of the invoice date, as reflected on the written invoices MDLZ sent to Defendant for the Delivered Products, except for one invoice which allowed sixty days for payment.

16.     Defendant has not remitted any payment to MDLZ for the Delivered Products.

17.     The total price due from Defendant for the Delivered Products is over $800,000.00.

18.     MDLZ has sent multiple written demands to Defendant seeking payment for the Delivered Products, to no avail.

19.     Defendant has breached the Distribution Agreement with Mondelez by failing to make timely payment for the Delivered Products.

20.     A ledger summarizing the invoices, their due dates, and the amounts due and owing to MDLZ by Defendant for the Delivered Products is attached hereto as Exhibit B.

### FIRST CAUSE OF ACTION
### BREACH OF CONTRACT

21.     MDLZ incorporates, restates, and re-alleges the preceding paragraphs.

22.     The Distribution Agreement, including any invoices exchanged between the parties pursuant to that agreement, constitutes a valid and binding contract between MDLZ and Defendant (the "Contract").

23.     Defendant breached the Contract by failing to pay for the Delivered Products as agreed.

24.     Defendant's breach of contract has caused MDLZ to incur substantial damages,

including but not limited to the price of the Delivered Products.

25.     By virtue of an indemnification clause in the Distribution Agreement, MDLZ is entitled to recover its attorneys' fees and costs incurred in this action from Defendant. *See* Ex. A § 17.

## SECOND CAUSE OF ACTION
### DELAWARE UNIFORM COMMERCIAL CODE § 2-709(1)(a) (6 Del. Code § 2-709(1)(a))

26.     MDLZ incorporates, restates, and re-alleges the preceding paragraphs.

27.     MDLZ has shipped the Delivered Products to Defendant.

28.     Defendant has received and accepted the Delivered Products.

29.     The Delivered Products, to the best of MDLZ's knowledge and belief, fully conformed to the contract specifications.

30.     MDLZ has not received any payment from Defendant for the Delivered Products despite written demand.

31.     MDLZ is entitled to payment of the price for the Delivered Products and any other relief permitted by applicable law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Mondelēz International Holdings LLC respectfully requests that the Court enter judgment against Defendant for: (i) compensatory damages, (ii) pre-judgment interest, (iii) attorneys' fees, (iv) costs, and (v) any other relief to which MDLZ may be entitled.

Dated: September 18, 2023

        BAYARD, P.A.

        */s/ Thad J. Bracegirdle*
        Thad J. Bracegirdle (#3691)
        Ronald P. Golden III (#6254)
        600 North King Street, Suite 400
        Wilmington, DE 19801
        Tel.: 302-429-4262
        tbracegirdle@bayardlaw.com
        rgolden@bayardlaw.com

        Maryia Jones (pro hac vice admission pending)
        mjones@jfblegal.com
        John F. Baughman (pro hac vice admission pending)
        jbaughman@jfblegal.com
        JFB Legal, PLLC
        500 E Main Street, Suite 1400
        Norfolk, VA 23510
        Tel.: 757-273-6089

        *Attorneys for Plaintiff Mondelēz International Holdings LLC*