IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONDELĒZ INTERNATIONAL HOLDINGS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 23-cv-01020-RGA |
| | : |
| PANJABI FLORIDA INC. d/b/a WORLD INDUSTRIES, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree, subject to the approval of the Court, that all of Plaintiff Mondelēz International Holdings LLC's claims against Panjabi Florida Inc. in this action are dismissed with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| **BAYARD, P.A.** | **COLE SCHOTZ P.C.** |
| /s/ Ronald P. Golden III | /s/ Andrew L. Cole |
| Thad J. Bracegirdle (No. 3691) | Andrew L. Cole (No. 5712) |
| Ronald P. Golden III (No. 6254) | Nathaniel J. Klepser (No. 6975) |
| 600 North King Street, Suite 400 | 500 Delaware Avenue, Suite 600 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 429-4262 (Phone) | (302) 652-3131 (Phone) |
| (302) 658-6395 (Fax) | (302) 652-3117 (Fax) |
| tbracegirdle@bayardlaw.com | acole@coleschotz.com |
| rgolden@bayardlaw.com | nklepser@coleschotz.com |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *Mondelēz International* | *Panjabi Florida Inc.* |
| *Holdings LLC* | *d/b/a World Industries* |

Dated: November 20, 2025

SO ORDERED, this __21__ day of November, 2025.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE